# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JERRION A. LOCKETT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:21 CV 1262 CDP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

In accordance with the request for dismissal signed by petitioner, ECF 26-1,

**IT IS HEREBY ORDERED** that petitioner's motion to dismiss claim and vacate hearing [26] is granted, and Ground 3(c) of petitioner's Motion and Amended Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [1, 7] is dismissed.

**IT IS FURTHER ORDERED** that **the evidentiary hearing set for November 21, 2024 is cancelled.**

**IT IS FURTHER ORDERED** that, upon providing petitioner with copies of the Orders entered this same date, Joseph Wayne Flees, II, has fulfilled his obligations as appointed counsel for petitioner and is hereby relieved of his appointment with the gratitude of the Court.

A separate Judgment on petitioner's remaining claims is entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of November, 2024.